BRUCE C. YOUNG, ESQ., Bar #5560
JEANINE OLIVARES NAVARRO, ESQ., Bar #10174
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
SUNRISE HOSPITAL AND MEDICAL CENTER, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDRE M. INGRAM,<br><br>          Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LIONEL HAMILTON, TAMMY CORCORAN, JIM STALEY, ROBERT MANCINI,<br><br>          Defendants. | Case No. 2:10-CV-00785-GMN-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to this litigation stipulate that this case be dismissed with prejudice, and without costs or attorney's fees to either party.

Dated: September 28, 2010

Respectfully submitted,

_____
ANDRE INGRAM

Andre Ingram
Pro Se

Dated: September 28, 2010

Respectfully submitted,

_____
BRUCE C. YOUNG, ESQ.
JEANINE O. NAVARRO, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
SUNRISE HOSPITAL AND MEDICAL CENTER, LLC

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

## ORDER

This cause coming to be heard on the Stipulation of the parties for Dismissal with Prejudice, due notice having been given, the Court being duly advised on the premises, it is hereby ordered:

THIS CASE IS DISMISSED WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES TO EITHER PARTY.

DATED this 29th day of September, 2010.

_____
Gloria M. Navarro
United States District Judge

Firmwide:97598368.1 022631.1073

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800